The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### WHITE v. STATE.
No. 19140.

Court of Criminal Appeals of Texas.
Nov. 3, 1937.

980

A. L. Lowery, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and properly presented. The record is before us without statement of facts. No error has been perceived or pointed out.

The judgment is affirmed.